UNITED  STATES  DISTRICT  COURT
SOUTHERN  DISTRICT  OF  NEW YORK

-------------------------------------------------------

Fairfield Sentry Limited et al

       -against-                                      Docket Number:  10-CV-7841 (LAP)
                                                NOTICE  OF  ASSIGNMENT

Picet & Cie et al

-------------------------------------------------------

The above-entitled action is assigned to the calendar of :

JUDGE  PRESKA

All further documents  submitted in this action shall bear the new
Judge's initials after the docket number:

(LAP   )

The designated Magistrate Judge for this case is :

Magistrate  Judge  PECK

[X  ]  IMPORTANT – If this box is checked, this case is now assigned to the
Court's Electronic Case Filing (ECF) System.  All further documents must
be filed electronically, not on paper.  Please visit www.nysd.uscourts.com
for more information.

The attorney(s) for the plaintiff(s)  is requested to serve a copy of this Notice
of Assignment on all defendants.

                                            Ruby J. Krajick
                                            Clerk

Dated: October 28, 2010                          By:Shante Jones
                                            Deputy Clerk

**Ruby J. Krajick**
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

WWW.NYSD.USCOURTS.GOV

## Introduction to Electronic Case Filing (ECF)

On December 1, 2003, the U.S. District Court for the Southern District of New York introduced a new Electronic Case Filing (ECF) system.  The system is designed to give maximum flexibility to both litigants and the Court, by allowing for ease of filing and around the clock access to documents.
***In cases designated for ECF, parties will be <u>required</u> to file documents electronically***.

Parties may view, file and receive service of documents over the Internet, 24 hours a day, seven days a week.  The system will apply to both civil and criminal cases, and is similar to the system currently operated by the Eastern District Court of New York, and the Bankruptcy Court for the Southern District.

To learn more about ECF, go to the Court′s website, <u>www.nysd.uscourts.gov</u> and follow these steps:

- Click on the "<u>CM-ECF</u>" page to learn more about the system.

- Attorneys should use the "<u>Attorney Registration</u>" page to register now on-line for an ECF Filing User password.  A PACER password is not the same as an ECF password.  **You must have an ECF password in order to file documents electronically.**

- Read the Court′s rules for electronic filing on the ECF "<u>Policies and Procedures</u>" page.

- Learn to use the ECF system, and sign up for training classes on the "<u>ECF Training</u>" page.

- Use the "<u>Point of Contact</u>" (POC) page to register to be a POC between your firm and the Court.  POC′s will be the first to be notified by email of interruptions in service, system upgrades, and trouble shooting tips. You don't have to be an attorney to be a POC.

- Learn what computer hardware and software you will need to use ECF on the "<u>System Requirements</u>" page.

• Sign up now for a SDNY PACER account if you don't already have one. Call PACER at (800) 676-6856, or go to http://pacer.psc.uscourts.gov  You will need PACER to access ECF.

• Call our ECF Help Desk if you have further questions at (212)805-0800.


**WWW.NYSD.USCOURTS.GOV**