```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
In re Fairfield Sentry Ltd.,   :
et al. Litigation              :          Briefing Order (LAP)
------------------------------x
This order applies to the      :
following actions:             :
                               :
10 Civ. 7521, 10 Civ. 7629,    :
10 Civ. 7630, 10 Civ. 7631,    :
10 Civ. 7694, 10 Civ. 7725,    :
10 Civ. 7726, 10 Civ. 7841,    :
10 Civ. 7931, 10 Civ. 7959.    :
------------------------------x

Loretta A. Preska, Chief United States District Judge:

   The parties in the above-captioned actions are directed to file briefs on the pending motions to withdraw the reference to the bankruptcy court as follows: Plaintiffs are permitted to file a single opposition brief for all cases, not to exceed twenty-five pages. Each defendant may file a single brief not to exceed fifteen pages in reply. Unless otherwise ordered, opposition briefs are due November 5, 2010, and any replies are due November 12, 2010. Defendants are encouraged to consolidate briefing efforts to the extent possible.

SO ORDERED.

Dated:     November 1, 2010
           New York, New York

                                    _____
                                    LORETTA A. PRESKA
                                    Chief U.S. District Judge