BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Counsel for Plaintiff Fairfield Sentry Limited (In Official Liquidation), by and through its Foreign Representatives*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Fairfield Sentry Limited (In Official Liquidation), acting by and through The Foreign Representatives thereof,** )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**-against-** )<br>)<br>)<br>**Pictet & Cie and Beneficial Owners of Accounts Held in the Name of Pictet & Cie 1-1000.** )<br>)<br>)<br>**Defendants.** )<br>) | **No. 10-CV-7841 (UA)** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                       ) ss.:
COUNTY OF NEW YORK   )

Amy J. Cunningham, being duly sworn, deposes and says:  I am not a party to the within action, am over 18 years of age and reside in Queens, New York.

On the 1st day of November, 2010, I caused to be served true and correct copies of the (1) Foreign Representatives' Memorandum Of Law In Opposition To Defendants' Motion To Withdraw Automatic Reference To Bankruptcy Court,  and (2) Declaration of Kerry L. Quinn In Opposition, dated October 29, filed in this proceeding, by enclosing same in a postage pre-paid envelope to be delivered via first class mail and depositing

same in an official depository under the exclusive care and custody of the United States

Postal Service within the State of New York, upon the following:

Beneficial Owners Of The Accounts Held In The
Name Of Pictet & Cie 1-1000
c/o Pictet & Cie
Route Des Acacias 60
1211 Geneve 73
Switzerland

Amy J. Cunningham

Sworn to before me this
2ⁿᵈ day of November, 2010.

Notary Public

# 8275651 v2 - GILERE - 028512/0001

CHRISTOPHER M. LAU KAMG
Notary Public, State of New York
No. 01LA6138897
Qualified in Kings County
Commission Expires December 27, 2013